Adrian Gucovschi (SBN 360988)
  adrian@Gucovschilaw.com
**GUCOVSCHI LAW FIRM, PLLC**
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230

*Attorney for Plaintiff*
VICTORIA JOYCE


Diyari Vazquez (SBN 222461)
  dvazquez@vgcllp.com
Melissa N. Eubanks (SBN 274491)
  meubanks@vgcllp.com
**VGC, LLP**
9461 Charleville Blvd. #757
Beverly Hills, California 90212
Telephone: (424) 272-9855

*Attorneys for Defendant*
GUTHY-RENKER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA JOYCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUTHY-RENKER, LLC,<br><br>Defendant. | Case No. 3:25-cv-09998-AGT<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GUTHY-RENKER, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 6-1(a))**<br><br>Complaint Served: December 1, 2025<br>Response Due: December 22, 2025<br>New Response Date: January 21, 2026 |

STIPULATION TO EXTEND TIME TO RESPOND

Plaintiff VICTORIA JOYCE ("Plaintiff") and Defendant GUTHY-RENKER, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint as follows:

WHEREAS, on December 1, 2025, Plaintiff served her Summons and Complaint on Defendant, and Defendant's current deadline to answer or otherwise respond is December 22, 2025; and

WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive pleading shall be extended to and including January 21, 2026; and

WHEREAS, Local Rule 6.1(a) permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to file a responsive pleading shall be extended to and including January 21, 2026.

**IT IS SO STIPULATED.**

Dated: December 18, 2025    **GUCOVSCHI LAW FIRM, PLLC**

By:   */s/ Adrian Gucovschi*
      Adrian Gucovschi
      *Attorney for Plaintiff*
      VICTORIA JOYCE

Dated: December 18, 2025    **VGC, LLP**

By:   */s/ Diyari Vázquez*
      Diyari Vázquez
      Melissa Eubanks
      *Attorneys for Defendant*
      GUTHY-RENKER, LLC.

*In addition to agreeing to this stipulation, by signing above, I attest under **L.R. Rule 5-1(i)(3)** that the other signatory has concurred in the filing of this document, which shall serve in lieu of his signature on the document.