1  Diyari Vazquez (SBN 222461)
     dvazquez@vgcllp.com
2  Melissa N. Eubanks (SBN 274491)
     meubanks@vgcllp.com
3  **VGC, LLP**
   9461 Charleville Blvd. #757
4  Beverly Hills, California 90212
   Telephone: (424) 272-9855
5

6  *Attorneys for Defendant*
   GUTHY-RENKER, LLC
7

8  Adrian Gucovschi (SBN 360988)
     adrian@Gucovschilaw.com
9  **GUCOVSCHI LAW FIRM, PLLC**
   140 Broadway, Fl. 46
10 New York, NY 10005
   Telephone: (212) 884-4230
11

12 *Attorneys for Plaintiff*
   VICTORIA JOYCE

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | VICTORIA JOYCE, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-09998-RFL |
|---|---|
|  | **CLASS ACTION** |
| Plaintiff, |  |
| v. | **STIPULATION FOR GUTHY-RENKER, LLC TO FILE MOTION TO DISMISS** |
| GUTHY-RENKER, LLC, | Complaint Filed: |
| Defendant. | Complaint Served: December 1, 2025 |

Plaintiff VICTORIA JOYCE ("Plaintiff") and Defendant GUTHY-RENKER, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint as follows:

WHEREAS, on December 1, 2025, Plaintiff served her Summons and Complaint on Defendant;

WHEREAS, by stipulation of the parties, Defendant's time to respond to file a responsive pleading was extended to and including January 21, 2026;

WHEREAS, on January 21, 2026, at approximately 4:45 p.m., Defendant's counsel, Melissa N. Eubanks, logged into her CM/ECF account to file a Motion to Dismiss the Complaint and found that she no longer was able to submit filings in the District despite being lead counsel in one other matter pending in this District and despite having received no notice from the District that there was any issue;

WHEREAS, Defendant's counsel thereafter attempted to file the Motion to Dismiss through the CM/ECF account of Defendant's other counsel, Diyari Vazquez, but Ms. Vazquez was unable to login to her account or to change her login credentials due to complications with the newly rolled-out multifactor authentication process;

WHEREAS, Defendant's served a copy of the Motion to Dismiss and supporting materials on Plaintiff's counsel, Adrian Gucovschi and Frank Hedin, by electronic mail at 5:23 p.m. on January 21, 2026;

WHEREAS, on January 22, 2026, counsel for the parties met-and-conferred and Plaintiff's counsel stipulated and agreed to permit Defendant's to file their Motion to Dismiss on January 22, 2026,

WHEREAS, Local Rule 6.1(a) permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to file its Motion to Dismiss shall be extended to and including January 22, 2026.

**IT IS SO STIPULATED.**

Dated:  January 22, 2026                **GUCOVSCHI LAW FIRM, PLLC**

By:     */s/ Adrian Gucovschi*
Adrian Gucovschi
*Attorneys for Plaintiff*
VICTORIA JOYCE

Dated:  January 22, 2026                **VGC, LLP**

By      */s/ Melissa N. Eubanks*
Diyari Vázquez
Melissa Eubanks
*Attorneys for Defendant*
GUTHY-RENKER, LLC