Diyari Vazquez (SBN 222461)
 dvazquez@vgcllp.com
Melissa N. Eubanks (SBN 274491)
 meubanks@vgcllp.com
**VGC, LLP**
9461 Charleville Blvd. #757
Beverly Hills, California 90212
Telephone: (424) 272-9855

*Attorneys for Defendant*
GUTHY-RENKER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA JOYCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUTHY-RENKER, LLC,<br><br>Defendant. | Case No. 3:25-cv-09998-RFL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BILL ELLIS IN SUPPORT OF GUTHY-RENKER, LLC'S MOTION TO DISMISS**<br><br>Hearing Date: March 24, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 15, 18th Floor<br><br>Complaint Filed: November 20, 2025<br>Complaint Served: December 1, 2025<br>Response Date: January 21, 2026 |

BILL ELLIS DECLARATION

# BILL ELLIS DECLARATION

I, Bill Ellis, declare as follows:

1. I am over 18 years of age. I have first-hand, personal knowledge of the following facts and, if called to testify, I could and would testify truthfully and competently thereto.

2. I am the President of Guthy-Renker, LLC ("Guthy-Renker"). I have held that position at all times relevant to this action. I submit this declaration in support of Guthy-Renker's Motion to Dismiss the Class Action Complaint (the "Motion") of Victoria Joyce ("Plaintiff").

3. Guthy-Renker, under the brand Perricone MD, sells a "Neck & Face Firming Kit with Cold Plasma Sub-D+" (the "Product") on the website www.subd.com (the "Website"), which can be accessed via a linktree through Instagram.

4. It is my understanding that Plaintiff alleges that she purchased the Product on the Website through Instagram on or about June 10, 2025. I further understand that Plaintiff has included in her Complaint screenshots of what she alleges was the checkout process for purchasing the Product on the Website through Instagram. While Guthy-Renker disputes that the screenshots in the Complaint depict the checkout process that Plaintiff encountered when making her purchase, as California consumers like Plaintiff encountered a different checkout process that is not depicted in the screenshots and which required California consumers to check a box providing their affirmative consent to the Product's subscription in order to purchase the Product, Guthy-Renker nonetheless assumes only for purposes of the Motion that the screenshots depict the checkout process on the Website through Instagram in June 2025.

5. As the screenshots show, at the bottom of the checkout page under the button "Pay Now" are five underlined hyperlinks, including a hyperlink titled "<u>Cancellations</u>." At the time of Plaintiff's

1    purchase, a consumer could click on the "Cancellations" hyperlink and the following screen would appear:



6.     At the bottom of the "Cancellations" page, there is another hyperlink titled "here". At the time of Plaintiff's purchase, consumers could click the "here" hyperlink and would be taken to the Website's "Customer Service" page which included the following Cancellation instructions:

**subd.com**

**Cold Plasma Sub-D**

NEW YEAR'S SALE! 2 FREE GIFTS + FREE SHIPPING

**CANCELLATIONS**

**How can I change or cancel my order?**

If your order has not shipped yet, you can make changes by calling us at 1-800-725-1783. If you'd like to cancel any future orders, please click here or you can call us at 1-800-725-1783.

If your order is scheduled to ship in the next business day, you may not be able to make changes or cancel that shipment, but you can return your shipment once it's received. If for any reason you're not completely satisfied with your purchase, just return the containers within 60 days of receipt, and you'll get a full refund of the purchase price (minus shipping and handling), even if the containers are empty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 21, 2026 in El Segundo, California.

*Signed by:*
*Bill Ellis*
CA374D9E3D8348A...

Bill Ellis

---

3

BILL ELLIS DECLARATION