1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Diyari Vazquez (SBN 222461)
  dvazquez@vgcllp.com
Melissa N. Eubanks (SBN 274491)
  meubanks@vgcllp.com
**VGC, LLP**
9461 Charleville Blvd. #757
Beverly Hills, California 90212
Telephone: (424) 272-9855

*Attorneys for Defendant*
GUTHY-RENKER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VICTORIA JOYCE, individually and on behalf of all others similarly situated,

           Plaintiff,

      v.

GUTHY-RENKER, LLC,

           Defendant.

Case No.  3:25-cv-09998-RFL

**CLASS ACTION**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GUTHY-RENKER, LLC**

Complaint Filed: November 20, 2025
Complaint Served: December 1, 2025
Response Date: January 21, 2026

1    Defendant Guthy-Renker, LLC, by and through its undersigned counsel, discloses pursuant to Rule

2  7.1 of the Federal Rules of Civil Procedure that it has the following parent companies – Guthy-Renker

3  Partners, Inc. and Guthy-Renker Ventures, LLC – and that no publicly traded company owns more than

4  10% of its stock.

5

6  Dated:  January 21, 2026                                      **VGC, LLP**

7
                                                    By:
8                                                          Diyari Vázquez
                                                         Melissa Eubanks
9                                                          *Attorneys for Defendant*
                                                         GUTHY-RENKER, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

RULE 7.1 DISCLOSURE STATEMENT