Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA JOYCE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>GUTHY-RENKER LLC.,<br><br>                      Defendant. | Case No.  3:25-cv-09998-RFL<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

# NOTICE OF INTENT TO AMEND

Plaintiff Victoria Joyce ("Plaintiff") is in receipt of Defendant Guthy-Renker, LLC ("Defendant") Motion to Dismiss ("Motion"), filed January 22, 2026. ECF No. 14. Plaintiff intends to amend her complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) by no later than February 12, 2026.

Dated:  February 6, 2026.                         Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

-and-

**HEDIN, LLP.**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff*