

140 BROADWAY, FL 46
NEW YORK, NY 10005
WWW.GR-FIRM.COM

GUCOVSCHI LAW FIRM

ADRIAN GUCOVSCHI, ESQ.
TEL: (212) 884-4230
EMAIL: ADRIAN@GR-FIRM.COM

November 12, 2025

**_Via Certified Mail– Return Receipt Requested_**

Guthy-Renker LLC
Att: Legal
100 N Pacific Coast Hwy, Suite 1600
El Segundo, CA 9024

Re:     *Notice and Demand Letter Pursuant to California Civil Code § 1782 and all other applicable state and federal laws.*

  This letter serves as a preliminary notice and demand on behalf of our client Victoria Joyce (the "Client") and all others similarly situated for corrective action Guthy-Renker LLC., ("You") for violations of 1) violation of California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code §§ 17500, *et seq.*; (2) violation of California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750, *et seq.*; (3) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*; (4) negligent misrepresentation; (5) intentional misrepresentation; (7) unjust enrichment/restitution; (8) breach of contract; and (9) breach of express warranty.

  You have participated in a deceptive and unlawful false sales scheme in connection to Your purportedly discounted and auto-renewal subscriptions through Your website at www.subd.com (the "Website"). Specifically, You have engaged in a false sales scheme by offering false discounts, and by misrepresenting the auto-renewal features of your products in violation of California's Automatic Renewal Law ("ARL"), Cal. Bus. Prof. Code §§ 17600, *et seq*. In addition, You also advertise false seasonal themes and fake countdown timers to create a sense of urgency. These practices are false and misleading.

  Our Client visited Your Website on June 10, 2025 where she purchased Your Neck & Face Firming Kit with Cold Plasma Sub-D+– which unbeknownst to her came with a surprise subscription. Further, Your "76% Off" discount was always available and thus false and misleading.

  The above-referenced conduct violates Your contractual and express warranties associated with our Client's purchases and also constitutes deceptive and unfair conduct under California's UCL, FAL, and CLRA. Specifically, the acts and practices of described herein violated, and continue to violate, the CLRA in at least the following respects:

  a. Your representations and omissions about the nature of the Cold Plasma Subscriptions discounts conveyed that they have characteristics, uses, and/or benefits, which they do not, in violation of Cal. Civil Code §1770(a)(5)



GUCOVSCHI LAW FIRM

b. Your acts and practices constitute the advertisement of the goods in question without the intent to sell them as advertised, in violation of Cal. Civil Code § 1770(a)(9); and

c. Your acts and practices constitute "false or misleading statements of fact concerning reasons for, existence of, or amounts of, price reductions," due to the false strikethrough prices and fake limited-duration sales of Your Cold Plasma Subscriptions in violation of Cal. Civil Code § 1770(a)(13).

As a direct result of Your violations of these statutes, as alleged herein, our Client suffered an economic injury. The facts giving rise to our Client's claims are materially the same as those of the class he seeks to represent. To cure these defects, we demand that you provide full restitution to all California residents affected by your practices, including all relief available under California's common law contractual and express warranty laws, and the statutory UCL, FAL, and CLRA statutes.

We also demand that You promptly take all reasonable steps to preserve all documents, data, and information, including without limitation, all "Writings," as defined in California Evidence Code § 250 (collectively, "Documents"), and all "Electronically Stored Information," as defined in California Code of Civil Procedure § 2016.020(e), which refer or relate to any of the above-described practices, including, but not limited to, the following:

1. All documents concerning the advertisement, labeling, marketing, or sale of the Cold Plasma Subscriptions;

2. All documents concerning communications with subscribers of the Cold Plasma Subscriptions, including but not limited to customer complaints and any governmental agency action; and

3. All documents concerning Your total revenue derived from sales of the Cold Plasma Subscriptions in California and the United States.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Sincerely,

Adrian Gucovschi, Esq.