**Tracking Number:**

# 9589071052701751214460

 Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 6:10 pm on November 17, 2025 in EL SEGUNDO, CA 90245.

_____

**Get More Out of USPS Tracking:**
 USPS Tracking Plus®

**⊘ Delivered**
**Delivered, Front Desk/Reception/Mail Room**
EL SEGUNDO, CA 90245
November 17, 2025, 6:10 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |



**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: **9590940290114122021070**

**Tracking Number:**

# 9590940290114122021070

 Copy    Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent at the front desk, reception, or mail room at 10:03 am on November 21, 2025 in NEW YORK, NY 10005.

_____

**Get More Out of USPS Tracking:**
 USPS Tracking Plus®

**⊘ Delivered to Agent**
**Delivered to Agent, Front Desk/Reception/Mail Room**
NEW YORK, NY 10005
November 21, 2025, 10:03 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: **9589071052701751214460**

